IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-565-RJC-DCK

| | |
|---|---|
| ELAINE P. CAROLEO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ORDER |
| HARTFORD LIFE & ACCIDENT INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 11) filed by Vanessa N. Garrido, concerning W. Kyle Dillard, on February 1, 2023. W. Kyle Dillard seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 11) is **GRANTED**. W. Kyle Dillard is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: February 1, 2023

David C. Keesler
United States Magistrate Judge